

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-18-00755-CR

Jonathan Andrew **PERALES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0068
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

When appellant failed to file his brief, this court ordered appellant to file his brief on or before May 27, 2019. On May 28, 2019, appellant filed an extension of time asking for an extension to June 12, 2019. We **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court **on or before June 12, 2019.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court